**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JELP BARBER,

    Plaintiff,

v.                                    Case No. 4:19cv214-MCR-HTC

BP EXPLORATION &
PRODUCTION, INC., et al.,

    Defendants.

_____/

## ORDER

    This cause is before the Court on the Magistrate Judge's Report and Recommendation dated November 29, 2023. ECF No. 42. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed and the objection deadline has passed.

    Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 42, is adopted and incorporated by reference in this Order.

2.	BP's Motion for Summary Judgment, ECF No. 38, is GRANTED.

3.	The Clerk is directed to enter judgment in favor of BP and against the Plaintiff.

4.	The Clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of February, 2024.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**